IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

STANLEY MCLEOD

Plaintiff,

v.

CASE NO.: 05-9871

GREEN TREE SERVICING LLC

DIVISION: E

Defendant.

_____/

## AMENDED COMPLAINT

COMES NOW the Plaintiff, STANLEY MCLEOD, by and through the undersigned

counsel, and sues the Defendant, GREEN TREE SERVICING LLC, and in

support thereof respectfully alleges the following:

### Jurisdiction & Venue

1. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and costs.

2. Jurisdiction and venue for purposes of this action are appropriate and conferred by Florida Statutes including § 559.77.

3. At all material times herein, the conduct of the Defendant complained of below occurred, and/or the Defendant resides in Hillsborough County, Florida for venue purposes.

4. At all material times herein, the Defendant by and through their representatives including manager, supervisors, employees, servants, creditors, collectors, servicers, agents, vendors, assignees, and/or contractors engaged in its usual and customary business of collecting consumer debts via telephone calls, U.S. Mail and/or the internet, within Hillsborough County, Florida.

5. That Defendant is a resident of Florida and/or a foreign state, or the cause of action arises from business activities conducted in Florida, which give rise to this suit.

### Facts Common to All Counts

6. The Defendant is in the business of collecting consumer debts and has attempted to collect a debt from the Plaintiff within the past two years.

7.  The Defendant is a debt collector and/or corporate entity responsible for the collection efforts against the Plaintiff, and consents of and has knowledge and control of the collection activities of their representatives, including supervisors, managers, employees, servants, partners, creditors, collectors, servicers, agents, vendors, assignees, tranferees, collectors and/or contractors, including from # 1.800.874.1159 ext 64724.

8.  The Defendant intentionally harassed and abused the Plaintiff on numerous occasions in outrageous format by their representatives calling approximately 9 times in one day including 8/31/05, back to back days, calling Plaintiff's neighbor and telling him to get a message to the Plaintiff that his mortgage company was calling concerning a foreclosure, calling the Plaintiff's brother and grandson on his cell phone.

9.  The Defendant intentionally abused and harassed the Plaintiff through supervisors, managers and collectors calling the Plaintiff and leaving on his answering machine messages including the following:

> 1) "Stanley McLeod you need to call Greentree and get your act together and make a payment on your mortgage. Quit playing games. Call 1-800-874-1159 ext. 64724. Why don't you have that helicopter pick you up and bring that payment to the office."

> 2) "This message is for Stanley McLeod. Your file has been forwarded to my desk to proceed with whatever actions that are needed to be taken. You have approximately one hour to contact me with your intentions. Contact me at 1-800-874-1159 ext. 64715. It is Monday, August 29, 2005 at 1:54 pm. If I don't hear from you I will forward this to my manager who will proceed with whatever necessary actions that need to be taken."

> 3) "It's your attorney, call me."

> 4) "We need to speak with Lisa.....is Lisa there"

> 5) "Hello this message is for Stanley, this is Shaun from Greentree Legal Department in reference to 4147236|5. I need you to give me a call back ASAP in regards to this file, I have some options available for you. I can get you an extension on your files here, give me a call back at 1-800-874-1159 ext. 64712."

> 6) "Hello this message is for Stanley, this is Ms. Weston calling from Greentree Legal Dept. I need for you to call me back. I have to sign off on this final decision. Unfortunately its not a good decision, but I do have some options available for you if you give me a call back before 5pm eastern standard time, we can get this matter resolved."

7) "Calling from Greentree Legal Dept. I need for you to get in contact with me immediately. My number is 1-800-874-1159 ext. 64734. I would appreciate it if you could get back to me so I can give you your attorney information including the case number."

8) "This message is for Stanley McLeod. You need to get in contact with Greentree at 1-800-874-1159 ext. 64714. You have until 12 noon today to collect $694.00 or you need to make other living arrangements. We will forward your account to our attorney if we do not have a resolve on this account."

9) "This message is for Mr. McLeod, this is Ms. James, I need you to call, ext. 64715. I went ahead and forwarded your file to management so they can proceed with whatever actions are needed to be taken. Every time Mr. McLeod that you set up an arrangement, you never keep that arrangement. Never once have you kept an arrangement you set up. If you can't go ahead and deal with this matter you can go ahead and have your wife or someone deal with this matter for you. Yet again you failed to do anything you said you were going to do, which makes me questions your judgment, anyway you need to contact management."

10) "This message is for Stanley McLeod, this is Ms. Jordan with the Legal Dept. You need to get in contact with me immediately. My no. is 1-800-874-1159 ext. 64714. Your file has been forwarded to my desk to make a decision. The last conversation you had, you told someone that you were on a life light because you had a heart attack. Please get in contact with our office and bring your account current immediately. Your daughter never came in to make the payments."

11) "This message is for Stanley, this is Nicole. Give me a call at 1-800-874-1159 ext. 64714. I need to hear from you this morning, you account has been forwarded to my desk.

12) " This message is for Stanley. This is Shaun calling from Greentree Legal Dept. in regards to file no. 414723615. I need you to give me a call back, I am signing off on the final decision today after 5 pm so I need to hear from you by 5 pm today in regards to this file. I see some options are available for you. Possibly deferring this file so you can get caught up, I need you to call by 5 pm."

13) "This message is for Stanley McLeod, Greentree calling to let you know you need to call us back immediately. Your account is in recent legal situation for foreclosure. Call by 5 pm today on the 29th or else it will be too late for us to help you on your account any further. We need to know what your.... is on paying or moving so we can get this home reopened or up to date. You need to give me a call back now, 1-800-874-1159."

10. The Defendant has in place a system of illegal procedures to collect debts.

11. The Plaintiff pursuant to Florida Statute § 559.77 is entitled to statutory damages up to $1,000.00 and actual damages and an award of attorney fees should the Plaintiff prevail in this matter.

12. The Defendant's damages pursuant to Florida Statutes including § 559.77 have continued and are continuing as of the date of the filing of this complaint.

13. The Defendant's collection harassment in this case are reasonably believed to be a system wide procedure and has damaged an unknown amount of individuals.

14. All conditions precedent to the filing of this action has occurred or has been waived by the Defendant.

15. Based upon the above intentional and egregious conduct the Plaintiff is entitled to punitive damages pursuant to § 559.77.

## Count One
### (Florida Consumer Collection Practices Act - Florida State Violation)
### [GREEN TREE SERVICING LLC]

The Plaintiff re-alleges paragraphs one (1) through fourteen (15) as if fully restated herein and further states as follows:

16. At all times herein, the Defendant is subject to and must abide by Florida Statute § 559.

17. The Defendant has violated the provisions of Florida Statute § 559.72 (7) by willfully engaging in conduct, which can reasonably be expected to abuse the debtor.

18. The Defendant has violated the provisions of Florida Statute § 559.72 (7) by willfully engaging in conduct which can reasonably be expected to harass the debtor.

19. The Defendant has violated the provisions of Florida Statute § 559.72 (7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

20. The Defendant has violated the provisions of Florida Statute § 559.72 (2).

21. The Defendant has violated the provisions of Florida Statute § 559.72 (3).

22. The Defendant has violated the provisions of Florida Statute § 559.72 (5).

23. The Defendant has violated the provisions of Florida Statute § 559.72 (8).

24. The Defendant has violated the provisions of Florida Statute § 559.72 (9).

25.    The Defendant has violated the provisions of Florida Statute § 559.72 (10).

26.    The Defendant has violated the provisions of Florida Statute § 559.72 (11).

27.    The Defendant has violated the provisions of Florida Statute § 559.72 (12).

28.    The Defendant has violated the provisions of Florida Statute § 559.72 (15).

29.    The Defendant has violated the provisions of Florida Statute § 559.72 (19).

30.    As a direct and approximate result of Defendant's actions, the Plaintiff has sustained damages and continues to sustain damages as defined by Florida Statute § 559.77, including causing severe chest pains and heightened fear and anxiety since the Defendant was tying up the phone lines and the Plaintiff could not call the hospital.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury of all issues so triable

and judgment against Defendant for statutory damages, actual damages, punitive damages, costs,

interest, attorney fees and any such other relief this Honorable Court deems appropriate in the

spirit of Justice.

Respectfully submitted,

William Peerce Howard, P.A.
Of Counsel to Morgan & Morgan, P.A.
101 East Kennedy Blvd., Suite 1790
Tampa, Florida 33602
813.223.5505 p813.223.5402 f
FBN: 0103330
Attorneys For The Plaintiff
whoward@forthepeople.com