UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STANLEY B. McLEOD,

    Plaintiff(s),

v.                                         CASE NO:  8:05-CV-2282-T-30MAP

GREEN TREE SERVICING, LLC,

    Defendant(s).
_____/

## ORDER

THIS CAUSE comes before the Court upon Stipulation Regarding Plaintiff's Motion for Remand (Dkt. #23).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Stipulation Regarding Plaintiff's Motion for Remand (Dkt. #23) is **GRANTED**.  The Clerk of this Court is directed to **remand** this case to the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida and close this case.  The Clerk is also directed to forward a certified copy of this Order to that Court.

2. The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on February 27, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-2282.remand 23.wpd*